# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED FINAL JUDGMENT IN A CIVIL CASE

In Re: HIGH FRUCTOSE CORN
SYRUP ANTITRUST LITIGATION

Case Number: 95-1477

**FILED**
OCT 1 5 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

This Document relates to:
ALL ACTIONS

☑ DECISION BY THE COURT. This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED & ADJUDGED that this case has now been fully resolved via settlement. IT IS FURTHER ORDERED that Plaintiffs' Class Counsel are entitled to attorneys' fees in the amount of $132,750,000.00 which represents 25% of the $531 million gross settlement fund, and expenses in the sum of $5,408,017.37 to be paid from the settlement fund in favor of Class Plaintiffs' and against Defendants ADM, A.E. Staley, Cargill, American-Maize, and CPC.

ENTER this 15th day of October, 2004.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK